ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAY 3 2013

James N. Hatten, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL DAVIS MINTLOW, M.D.,<br><br>Defendant. | CRIMINAL INFORMATION NO.<br><br>1:13-CR-168-RWS |

## REPORT & RECOMMENDATION CONCERNING PLEA OF GUILTY

The defendant, SAMUEL DAVIS MINTLOW, M.D., has appeared before the undersigned with counsel and has entered a plea of guilty to the one count Criminal Information charging a Class A misdemeanor, alleging violation of 21 U.S.C. §§ 331(a), 333(a)(1), 353(b)(1) and 18 U.S.C. § 2. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in FED. R. CRIM. P. 11, the undersigned determined that the guilty plea was knowing and voluntary and that the offense charged in the Criminal Information is supported by an independent basis in fact establishing each of the essential elements of the offense. The undersigned, therefore, **RECOMMENDS** that the plea of guilty be accepted and that

the defendant be adjudged guilty of the charge in the Criminal Information and have sentence imposed accordingly.

With the consent of the Government and Defendant, the undersigned directed pursuant to Fed. R. Civ. P. 32 that a pre-sentence investigation report be prepared. A sentencing date was not scheduled.

**IT IS SO RECOMMENDED** this the 3rd day of May, 2013.

JANET F. KING
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)