**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | |
| v.      : | CRIMINAL ACTION NO. |
| : | 1:13-CR-0168-RWS |
| SAMUEL DAVIS MINTLOW, : | |
| M.D.,      : | |
| : | |
| : | |
| Defendant.   : | |

**ORDER**

This case is before the Court for consideration of the Report and Recommendation [4] of Magistrate Judge Janet F. King entered on May 3, 2013. This Report and Recommendation finds the Defendant's plea of guilty to have been knowingly and voluntarily made and finds that the charge to which the plea is entered is supported by an independent basis in fact establishing each of the essential elements of the offense. The Magistrate Judge recommends that the plea be accepted and the Defendant be adjudged guilty and sentence imposed accordingly. There has been no objection made to the Report and Recommendation.

Pursuant to Rule 11, Federal Rules of Criminal Procedure, the Report and Recommendation is hereby adopted and made the Order of this Court. The plea of guilty of the Defendant to Count One of the Information is hereby accepted, and the Defendant is hereby adjudged guilty of said offense. Sentencing is scheduled for September 19, 2013, at 3:00 p.m. in Courtroom 2105, United States Courthouse, 75 Spring Street, Atlanta, Georgia.

The Clerk is directed to serve a copy of this Order upon Defendant, the Defendant's attorney, the United States Attorney, the United States Probation Office, and the United States Marshal.

**SO ORDERED** this   23rd   day of August, 2013.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE